CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for KK

FEB 24 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT TRUSSELL, | ) | Civil Action No. 7:11-cv-00083 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| E. CURTIS SCHNAB, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's request to proceed in forma pauperis is **GRANTED**; plaintiff's complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile a clearer and more detailed complaint at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 24th day of February, 2011.

Senior United States District Judge